IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

TABITHA L. HOWARD,

    Plaintiff,                                  Case No. 3:14-cv-335

    vs.

COMMISSIONER OF                          District Judge Thomas M. Rose
SOCIAL SECURITY,                       Magistrate Judge Michael J. Newman

    Defendant.

_____

**ORDER ADOPTING REPORT AND RECOMMENDATION**
_____

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Michael J. Newman (Doc. #13), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendation.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendation filed on November 17, 2015 (Doc. #13) is **ADOPTED** in full;

2. The Commissioner's non-disability determination is **REVERSED**;

3. This matter is **REMANDED** to the Commissioner under the Fourth Sentence of 42 U.S.C. § 405(g) for an immediate award of benefits; and

4. This case is terminated on the docket of this Court.


Date: December 7, 2015                                *s/Thomas M. Rose
                                                                       _____
                                                                      THOMAS M. ROSE
                                                           UNITED STATES DISTRICT JUDGE