**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

TABITHA L. HOWARD,

       Plaintiff,                                    Case No.: 3:14-cv-335

  vs.

COMMISSIONER OF                               District Judge Thomas M. Rose
SOCIAL SECURITY,                               Magistrate Judge Michael J. Newman

       Defendant.

---

### ORDER ADOPTING REPORT AND RECOMMENDATION

---

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Michael J. Newman (Doc. #19), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendation.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendation filed on June 20, 2016 (Doc. #19) is **ADOPTED** in full;

2. Plaintiff's motion for attorney's fees under the Social Security Act (Doc. #18) is **GRANTED**;

3. Plaintiff's counsel is **AWARDED** $10,462.60 in attorney's fees; and

4. The case remains **TERMINATED** on the docket of this Court.

Date:  July 19, 2016                                        THOMAS M. ROSE

                                                                                                                        _____

Thomas M. Rose
United States District Judge